**Order entered December 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00093-CR

### BRANDON KIMON MWANIKI, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81887-2014**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the July 13, 2016 motion of Jennifer Castleman for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Jennifer Castleman as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Brandon Kimon Mwaniki, TDCJ No. 02043199, Joe F. Gurney Unit, 1385 FM 3328, Palestine, Texas, 75803.

/s/      DAVID L. BRIDGES
JUSTICE